No. 22-1248

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

MARK ANTHONY GUTHRIE,

*Plaintiff-Appellant,*

vs.

PHH MORTGAGE CORPORATION,

*Defendant-Appellee,*

and

TRANS UNION, LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,

*Defendants.*

On Appeal from the United States District Court
for the Eastern District of North Carolina, Southern Division
Case No. 7:20-cv-00043-BO; Hon. Terrence W. Boyle

# APPELLEE PHH MORTGAGE CORPORATION'S NOTICE OF NON-OPPOSITION TO MOTION TO FILE AMICI CURIAE BRIEF

| | |
|---|---|
| Ethan G. Ostroff, Bar No. 71610 | Elizabeth Holt Andrews, Bar No. 33436 |
| TROUTMAN PEPPER | TROUTMAN PEPPER |
| HAMILTON SANDERS LLP | HAMILTON SANDERS LLP |
| 222 Central Park Ave. Suite 2000 | 305 Church at North Hills St., Suite 1200 |
| Virginia Beach, VA 23462 | Raleigh, North Carolina 27609-2669 |
| Telephone: 757.687.7541 | Telephone: 415.477.5762 |
| Email: ethan.ostroff@troutman.com | Email: elizabeth.andrews@troutman.com |

*Counsel for Defendant-Appellee*
PHH MORTGAGE CORPORATION

Prospective amici Electronic Privacy Information Center and National Consumer Law Center filed a motion for leave to file an amicus curiae brief in this matter on May 10, 2022. ECF 23. The following day, this Court requested defendant-appellee PHH Mortgage Corporation ("PHH") to respond to the motion. ECF 25.

PHH respectfully responds that it does not oppose the prospective amici's motion for leave to file their brief.

| | |
|---|---|
| Dated: May 12, 2022 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | By: */s/ Elizabeth Holt Andrews* |
| | Elizabeth Holt Andrews |
| | Ethan G. Ostroff |
| | *Counsel for Defendant-Appellee* PHH MORTGAGE CORPORATION |